UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **Diane J. Lahuta,** | ) | |
| | ) | |
| Plaintiff, | ) | 4:09-cv-2620-TLW |
| | ) | |
| v. | ) | |
| | ) | |
| **Encore Receivable Management, Inc.** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Diane J. Lahuta, and the Defendant, Encore Receivable Management, Inc., by and through their attorneys of record, and hereby stipulate that all claims herein are dismissed with prejudice, with each party to bear its own costs.

This the 15th day of June, 2010.


/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

/s/ Chad V. Echols
Chad V. Echols, Fed. ID No. 9810
HAMILTON MARTENS & BALLOU
P.O. Box 10940
Rock Hill, SC 29731
(803) 329-7624
(803) 329-7678 Facsimile
Cechols@hmbslaw.com
Attorney for Defendant